Jack W. Londen (SBN 85776)
jlonden@mofo.com
Wesley E. Overson (SBN 154737)
woverson@mofo.com.
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:     (415) 268-7000
Facsimile:      (415) 268-7522

*Attorneys for Plaintiff*
*Taiwan Semiconductor Manufacturing Company Limited*

Michael K. Plimack (SBN 133869)
mplimack@cov.com
Dale A. Rice (SBN 146249)
drice@cov.com
Nitin Subhedar (SBN 171802)
nsubhedar@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:     (415) 591-6000
Facsimile:      (415) 591-6091

Tess Hamilton (Bar No. 279738)
tahamilton@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065
Telephone:     (650) 632-4700
Facsimile:      (650) 632-4800

*Attorneys for Defendants*
*Tessera, Inc., Tessera Technologies, Inc., and Invensas Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>TESSERA, INC., TESSERA TECHNOLOGIES, INC., and INVENSAS CORPORATION,<br><br>Defendants. | Civil Action No. 5:17-CV-05888-BLF<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

STIPULATION OF DISMISSAL
CASE NO. 5:17-CV-05888-BLF

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, acting through counsel, in consideration of a negotiated settlement executed by them, that:

1. In the above-captioned action, all claims related to infringement of United States Patent No. 6,849,946 alleged by Defendants against Broadcom Corporation and its affiliates with regard to the products TSMC manufactures for Broadcom Corporation and affiliates, shall be, and they hereby are, voluntarily DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and all other claims in this action, if any, shall be, and hereby are, DISMISSED WITHOUT PREJUDICE.

2. Each party shall bear its own attorneys' fees, costs, and expenses in this action.

Dated: December 18, 2017

| | |
|---|---|
| MORRISON & FOERSTER LLP | COVINGTON & BURLING LLP |
| By: _Wesley E. Overson_<br>Jack W. Londen (SBN85776)<br>jlonden@mofo.com<br>Wesley E. Overson (SBN 154737)<br>woverson@mofo.com.<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br>*Attorneys for Plaintiff Taiwan Semiconductor Manufacturing Company Limited* | By: _Dale A. Rice_<br>Michael K. Plimack (SBN 133869)<br>mplimack@cov.com<br>Dale A. Rice (SBN 146249)<br>drice@cov.com<br>Nitin Subhedar (SBN 171802)<br>nsubhedar@cov.com<br>One Front Street<br>San Francisco, CA 94111<br>Telephone:  (415) 591-6000<br>Facsimile:  (415) 591-6091<br><br>TESS HAMILTON (Bar No. 279738)<br>tahamilton@cov.com<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, California 94065<br>Telephone:  (650) 632-4700<br>Facsimile:  (650) 632-4800<br><br>*Attorneys for Defendants Tessera, Inc., Tessera Technologies, Inc. and Invensas Corporation* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December __, 2017

_____
Hon. Beth Labson Freeman

**ATTESTATION**

I, Dale A. Rice, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

By: *Dale A. Rice*

Dale A. Rice
Covington & Burling LLP